# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**BRUCE LANGFITT,**

    **Plaintiff,**

v.                                   Case No.  8:08-cv-1377-T-30MAP

**BBC CHARTERING AND LOGISTICS GMBH AND CO. K.G.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Joint Stipulation for the Dismissal of Defendant, BBC Chartering and Logistics GmbH and Co K.G. Only (Dkt. #112).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Joint Stipulation for the Dismissal of Defendant, BBC Chartering and Logistics GmbH and Co K.G. Only (Dkt. #112) is GRANTED and said Defendant is DISMISSED from this action.

2. Defendant BBC's Motion for Summary Judgment (Dkt. #42) and Defendant BBC's Amended Motion for Leave to File Reply (Dkt. #79) are terminated as moot.

**DONE** and **ORDERED** in Tampa, Florida on March 26, 2010.

                                               JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2008\08-cv-1377.dismissal 112.frm