# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BRUCE LANGFITT,**

    Plaintiff,

v.                                          Case No. 8:08-cv-1377-T-30MAP

**FEDERAL MARINE TERMINALS,
INC., BBC CHARTERING USA, LLC,
and BBC CHARTERING AND
LOGISTICS GMBH AND CO. K.G.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Federal Marine Terminals, Inc.'s ("FMT") Motion for Taxation of Costs Against Plaintiff Bruce Langfitt (Dkt. 107), Plaintiff Bruce Langfitt's Response in opposition to the Motion (Dkt. 111), and FMT's Amended Motion for Taxation of Costs Against Cross-Plaintiff BBC Chartering and Logistics GMBH and Co. K.G. ("BBC") (Dkt. 115). The Court, having reviewed the motions, response, and the bills of costs submitted with each motion, finds that FMT's motions should be granted in part.

FMT, as a prevailing party in this action, seeks taxation of the costs incurred in connection with this suit, as authorized by Federal Rule of Civil Procedure 54(d). FMT seeks total costs in the amount of $7,862.55 under 28 U.S.C. § 1920, which sets forth the categories of trial expenses recoverable under Rule 54(d). Under 28 U.S.C. § 1920, the following costs may be taxed: (1) fees of the clerk and marshal; (2) fees of the court reporter

for all or any part of the stenographic transcript necessarily obtained for use in the case; (3) fees and disbursements for printing and witnesses; (4) fees for exemplification and copies of papers necessarily obtained for use in the case; (5) docket fees under § 1923; and (6) compensation of court appointed experts and interpreter services.

Upon review of FMT's bill of costs and the receipts attached, the Court finds that not all of FMT's expenses are allowed by the statute. FMT requests $362.00 for fees for service of summons and subpoenas and $3,603.24 for transcript fees. Rush or expedited fees are not authorized by the statute. The taxable amount for service of summons and subpoenas is reduced to $195.00. FMT's fees for transcripts is reduced from $3,603.24 to $3,120.55. FMT requests $938.61 for photocopies. In its itemized list of photocopying charges, $680.40 was charged by its own counsel's law firm. FMT has failed to establish why copies made at its counsel's law firm are being charged. Therefore, the fees for photocopies is reduced to $258.21.

FMT also seeks $2,958.70 for "other costs." These costs include travel to and from depositions and a mediation fee. Mediation fees are not compensable under the statute.[1] And the Court will not award fees for travel costs to depositions in Tampa. FMT could have hired an attorney based in Tampa to handle the case. A Tampa based lawyer would not have had to travel to take the majority of the depositions in this case. The Court does award the travel charges for the deposition of Captain Helmut Schroeder in Portland, Oregon. The amount for "other costs" is, therefore, reduced to $1,664.65.

---

[1] *Ivory v. Holme*, 2009 U.S. Dist. LEXIS 40590, 7-8 (M.D. Fla. Apr. 30, 2009).

Finally, FMT is seeking the same costs against each of the other parties in this case. FMT cannot receive a double recovery. The total costs taxed will be charged equally to Bruce Langfitt and BBC.

It is therefore ORDERED AND ADJUDGED that:

1. Federal Marine Terminals, Inc.'s Motion for Taxation of Costs Against Plaintiff Bruce Langfitt (Dkt. 107) is **GRANTED in part** as stated herein.

2. Federal Marine Terminals, Inc.'s Amended Motion for Taxation of Costs Against Cross-Plaintiff BBC Chartering and Logistics GMBH and Co. K.G. (Dkt. 115) is **GRANTED in part** as stated herein.

3. Federal Marine Terminals, Inc. is awarded a cost judgment against BBC Chartering and Logistics GMBH and Co. K.G. in the amount of $2,619.21.

4. Federal Marine Terminals, Inc. is awarded a cost judgment against Bruce Langfitt in the amount of $2,619.21.

5. If such amounts are not paid within twenty (20) days, Federal Marine Terminals, Inc. may seek a cost judgment on which execution may issue.

**DONE** and **ORDERED** in Tampa, Florida on April 7, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1377.taxation of costs 107, 109.frm