UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRUCE LANGFITT,**

    Plaintiff,

v.                            Case No. 8:08-cv-1377-T-30MAP

**FEDERAL MARINE TERMINALS, INC., BBC CHARTERING USA, LLC, and BBC CHARTERING AND LOGISTICS GMBH AND CO. K.G.,**

    **Defendants.**
_____/

## **ORDER**

Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Clerk is directed to enter Judgment in favor of Defendant FEDERAL MARINE TERMINALS, INC. and against Plaintiff BRUCE LANGFITT and Defendant BBC CHARTERING AND LOGISTICS GMBH AND CO. K.G.

2.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 7, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1377.enter fj.wpd